UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JOHN BRIGGS,<br><br>               Plaintiff,<br>   v.<br><br>OREGON HEALTH & SCIENCE UNIVERSITY,<br><br>               Defendant. | CASE NO. 3:24-cv-06026-DGE<br><br>ORDER ON REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge Theresa L. Fricke. (Dkt. No. 6.) The Court, having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 6);

2. Plaintiff's motion to proceed *in forma pauperis* is DENIED;

3. Plaintiff's action is DISMISSED without prejudice.

ORDER ON REPORT AND RECOMMENDATION - 1

Dated this 25th day of February, 2025.

                                            David G. Estudillo
                                            United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 2